MICHAEL JAY GREEN            4451
841 Bishop Street, Suite 2201
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Fax: (808) 566-0347
Email: michael@michaeljaygreen.com

GLENN H. UESUGI              4865
841 Bishop Street, Suite 2201
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Fax: (808) 566-0347
Email: glenn.uesugi@gmail.com

Attorneys for Plaintiff
TOWER DEVELOPMENT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TOWER DEVELOPMENT, INC., | CIVIL NO. CV22-00042 LEK KJM |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES |
| vs. | |
| TIMBERS RESORT MANAGEMENT, LLC; and DOE DEFENDANTS 1-100, | |
| Defendants. | Trial Date: October 16, 2023 |

**STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED, by and between the parties appearing in

this action, through their undersigned counsel, that this action is hereby dismissed as to all claims and parties with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Each party to bear their own costs and attorneys' fees in this Honolulu case. This stipulation as to fees and costs had no application or bearing on the fees and costs owed to the prevailing parties in the Los Angeles action, Case No. BC604859.

This Stipulation is signed by all parties who have appeared in this action. There are no remaining parties, claims and/or issues. Trial has been set for October 16, 2023.

DATED: Honolulu, Hawaii, February 10, 2023.

/s/Glenn H. Uesugi
MICHAEL JAY GREEN
GLENN H. UESUGI
Attorneys for Plaintiff
TOWER DEVELOPMENT, INC.

/s/Mark D. Baute
TERENCE J. O'TOOLE
MAILE S. MILLER
MARK D. BAUTE
DAVID P. CROUCHETIERE
BRYAN D. ROTH
Attorneys for Defendant
TIMBERS RESORT MANAGEMENT, LLC

APPROVED AS TO FORM:

DATED: Honolulu, Hawai`i, February 22, 2023.



       /s/ Leslie E. Kobayashi
       Leslie E. Kobayashi
       United States District Judge

<u>TOWER DEVELOPMENT, INC. vs. TIMBERS RESORT MANAGEMENT, LLC; and DOE DEFENDANTS 1-100</u>; Civil No. CV22-00042 LEK KJM; In the United States District Court, District of Hawaii; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES